

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00515-CV

IN THE INTEREST OF J.D., A CHILD

§ On Appeal from County Court at Law

§ No. 2

§ of Wichita County (CCL-17-10-F)

§ October 2, 2025

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack